IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   18-cv-00794-WYD-STV

CRAIG HOSPITAL, a Colorado non-profit corporation, and
CNS MEDICAL GROUP, PC, a Colorado Corporation,

    Plaintiffs,

v.

EMPIRE HEALTHCHOICE, INC., a New York corporation,
EMPIRE HEALTHCHOICE ASSURANCE, INC., a foreign corporation, and
EMBLEMHEALTH, INC., a New York corporation,

    Defendants.

## AMENDED FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed on April 1, 2019, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Defendants, Empire Healthchoice, Inc., Empire Healthchoice Assurance, Inc., and Emblemhealth, Inc., and against Plaintiffs, Craig Hospital and CNS Medical Group, P.C., on Defendants' motions to dismiss.  It is further

ORDERED that plaintiffs' complaint and action are dismissed without prejudice.

DATED at Denver, Colorado this 3rd day of April, 2019.

                                FOR THE COURT:

                                JEFFREY P. COLWELL, CLERK

                                *s/ Robert R. Keech*
                                Robert R. Keech,
                                Deputy Clerk